**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Patrick J. Fisher, Jr.
Clerk of Court

Jane B. Howell
Chief Deputy Clerk

September 13, 2001

Mr. Robert M. March
Clerk
United States District Court for the District of New Mexico
333 Lomas NW, Suite 270
Albuquerque, NM 87102-2242

Jane Greek
Mr. Stephen P. McCue
Fed. Public Defender
Office of the Federal Public Defender
111 Lomas Boulevard NW
Suite 501 First State Bank Building
Albuquerque, NM 87102

Ms. Patricia A. Gandert
Office of the Attorney General
State of New Mexico
P.O. Drawer 1508
Santa Fe, NM 87504-1508

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 7 2001

CLERK

       Re:     01-2203, Tapia v. LeMaster
               Dist/Ag docket:  CIV-98-100 BB/LCS

Dear Clerk and Counsel:

     The court filed an order today dismissing this case.  A copy of the order is enclosed for all parties.

     Also enclosed for the district court clerk is a certified copy of the dismissal order which is issued as the mandate of the court. Please file it in the records of the district court or agency.

     The clerk of the district court is requested to acknowledge receipt of this mandate by file stamping and returning the enclosed copy of this letter.  Any original record will be returned to you at a later date.

Please contact this office if you have questions.

Sincerely,

PATRICK FISHER
    Clerk

By:    *Karen Phillips*
    Deputy Clerk

PF:klp

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

RICK TAPIA,

        Plaintiff - Appellant,

v.

  No. 01-2203

TIM LEMASTER, Warden, New Mexico
State Penitentiary; ATTORNEY GENERAL
FOR THE STATE OF NEW MEXICO,

        Defendants - Appellees.

**A true copy**

**Teste**

**Patrick Fisher**
**Clerk, U.S. Court of**
**Appeals, Tenth Circuit**
By

puty Clerk

### ORDER

Filed September 13, 2001

Appellant's voluntary motion to dismiss is granted. 10th Cir. R. 27.3(A)(9).

A certified copy of this order shall stand as and for the mandate of the court.

Entered for the Court
Patrick Fisher, Clerk of Court

by:

Deputy Clerk